# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-25-00079-CR

**Paul Anthony Zamora, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE 433RD DISTRICT COURT OF COMAL COUNTY
NO. CR2022-168D, THE HONORABLE DIB WALDRIP, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Paul Anthony Zamora seeks to appeal a judgment of conviction for possession of a controlled substance in Penalty Group 1 in an amount greater than four grams but less than 200 grams. *See* Tex. Health & Safety Code § 481.115(a), (d). The trial court has certified that Zamora has waived the right of appeal and that this is a plea-bargain case in which Zamora has no right of appeal. Accordingly, we dismiss this attempted appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Kelly and Ellis

Dismissed for Want of Jurisdiction

Filed:   April 4, 2025

Do Not Publish